UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 12-00076 DMG (DTBx) | Date | April 13, 2012 |
| Title | *William E. Morris v. Deutsche Bank National Trust Company, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiff has not filed a second amended complaint and the March 28, 2012 deadline to do so has passed. In addition, it appears that Plaintiff has not served Defendant Westwood Associates. Therefore, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiff shall file his response by no later than **April 27, 2012**.

**IT IS SO ORDERED.**